IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOY GILPIN,

       Plaintiff,

vs.                                        No. 11-CV-336 LH/LAM

ROOSEVELT COUNTY
SHERIFF'S OFFICE, et al.,

       Defendants.

## STIPULATED ORDER STAYING DISCOVERY

**THIS MATTER** having come before the Court upon a *Motion to Stay Discovery Based on Qualified Immunity* filed by Defendants Gore and Parker (*Doc. 29*), and it appearing to the Court that Plaintiff does not oppose the motion based on Plaintiff's counsel's electronic approval below, and the Court having reviewed the motion and finding it to be well-taken, and being otherwise advised,

**IT IS ORDERED, ADJUDGED AND DECREED:**

The motion (*Doc. 29*) should be and hereby is **GRANTED**, and all discovery in the action should be and hereby is **STAYED** pending the District Court's resolution of the Motion for Qualified Immunity; provided, that Plaintiff may seek the Court's leave to conduct limited discovery in accordance with Fed. R. Civ. P. 56(d) and the law governing qualified immunity.[1]

---

[1] The Court notes that Plaintiff filed a *Motion to Defer Consideration of or Deny Defendants City of Clovis' and Nelson's Motion for Summary Judgment (Doc. 17)*, but counsel erroneously titled it as a "Motion for Extension of Time to Complete Discovery" in the Court's CM-ECF docket. This motion appears to be a motion for relief under Fed. R. Civ. P. 56(d), which the Court understands would be for the presiding judge to decide in considering the pending Motion for Summary Judgment.

**IT IS SO ORDERED.**

_Lourdes A. Martínez_
**LOURDES A. MARTÍNEZ
UNITED STATES MAGISTRATE JUDGE**


**SUBMITTED, STIPULATED AND AGREED BY:** *(Prior to modifications by the Court)*

Daniel R. Lindsey, Esq.
John L. Collins, Esq.
*Attorneys for Plaintiff*


Michael Dickman, Esq.
*Attorney for Defendants
Roosevelt County Sheriff's Office,
Shawn Gore and Malin Parker*


Virginia Anderman, Esq.
*Attorney for Defendant Paul Nelson*